UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 09-10309-GAO

UNITED STATES OF AMERICA,

v.

ALBERT ARROYO,
Defendant.

ORDER
May 12, 2011

O'TOOLE, D.J.

After review of the parties' submissions, including the government's *in camera* supplement, the defendant's Motion to Compel Name and Address of Exculpatory Witness (dkt. no. 50) is GRANTED. The requested name and address shall be disclosed by the government within seven days. That information, as well as any derivative information learned by way of investigation or interview, shall be held in confidence by the defense attorney and/or investigator, and not disclosed to the defendant except by further order of the Court.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge