FROM:
Albert Arroyo
15 Florian Way
Roslindale, Ma 02131
P. 617.201.5596
E. [redacted]

FILED
IN CLERKS OFFICE

2023 JAN 27  AM 11: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

Date: January 23, 2023

TO:
John Joseph Moakley United State Court House
1 Court House Way
Boston, Ma 02110

Dear Administrative Judge,

I am writing to request that my court records be sealed.

I have been exonerated and found not guilty on both counts in violation of 18U.S.C. § 1341 on August 15, 2011 as outlined in Criminal Action case # 1: 09-cr-10309-GAO. I am enclosing a copy of the verdict document.

Applying for a job has been challenging. Almost every employer requires a CORI check and I would like to be able to apply for employment without any negative impacts.

Please notify me of the outcome of this request at the above address and phone number. Thank you for your kind consideration of this request.

Sincerely,

*Albert Arroyo*
Albert Arroyo